HARRY VENARDOS, JOSEPH D. REEVES, and STISSILAOS E. ANDREADIS, doing business as the MIDNITE BAR, v. JAMES T. VOCELLE, Director State Beverage Department, State of Florida.

36 So. (2nd) 377                June Term, 1948
July 27, 1948                     En Banc

*Dan Chappel,* and *Benjamin E. Carey,* for appellants.

*Patton & Kanner,* for appellee.

PER CURIAM:

Affirmed on authority of Marino v. Vocelle, decided July 27, 1948.

THOMAS, C. J., TERRELL, CHAPMAN, ADAMS, SEBRING, and HOBSON, JJ., concur.

BARNS, J., dissents.